UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

RAVEN ALONZIA,

        Plaintiff,

v.

TARGET CORPORATION

        Defendant.

CASE NO.: 1:23-cv-06716

**ORDER TO REMAND**

Good cause having been shown based on the parties' STIPULATION OF FACTS AS TO MAXIMUM DAMAGES AND FOR REMAND, IT IS HEREBY ORDERED that the matter of Alonzia v. Target Corporation, Case No. 1:23-cv-06716, is hereby remanded to the Supreme Court of New York, New York County. **The Clerk is directed to effectuate the remand forthwith and to close this case.**

SO ORDERED:

10/24/2023

        _____
        J. PAUL OETKEN
        United States District Judge